UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER SOTO, on behalf of himself,
individually, and on behalf of all others
similarly situated,

                            Plaintiff,

        -against-

ALLIANCE ELEVATOR COMPANY, LLC,
d/b/a UNITEC ELEVATOR COMPANY, as
successor by merger to ELTECH
INDUSTRIES, INC and AMERICAN
ELEVATOR GROUP, and AMERICAN
ELEVATOR & MACHINE CORP.,

                            Defendants.

Case No. 1:25-cv-01735 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court approved the parties' proposed settlement agreement on May 7, 2026, *see* Dkt.

57, and received the parties' stipulation of voluntary dismissal on May 11, 2026, *see* Dkt. 58.

Thus, the Court respectfully directs the Clerk of Court to close this case.

Dated:  May 11, 2026
        New York, New York

                                SO ORDERED.

                                _____
                                JENNIFER L. ROCHON
                                United States District Judge